|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>v.<br><br>GARRY SOUFFRANT<br><br>    Defendant.<br>_____// | UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF FLORIDA<br><br>Case no.: 09-20407-CR-HUCK<br><br><br>**DEMAND FOR DISCLOSURE OF**<br>**EXPERT WITNESS SUMMARIES** |

Defendant Garry Souffrant, by and through his undersigned counsel, pursuant to Rule 16(a)(1)(G) of the Federal Rules of Criminal Procedure, hereby requests that the government disclose to the defendant a written summary of testimony the government intends to use under Rules 702, 703 or 705 of the Federal Rules of Evidence during its case-in-chief at trial. The summary must describe the witness's opinions, the bases and reasons for those opinions, and the witness's qualifications.

          Respectfully submitted,

          GLENN B. KRITZER, ESQ.
          Attorney for Defendant
          2333 Brickell Avenue, Suite A1
          Miami, Florida 33129
          (305) 381-9100
          (305) 381-6785 (Facsimile)

          s/Glenn B. Kritzer
          Glenn B. Kritzer (Florida Bar No. 302813)
          GlennBKritzerEsq@aol.com

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this 7th day of July, 2009, on all counsel of record either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.
          s/Glenn B. Kritzer
          GLENN B. KRITZER