S.005

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   09-20407-Cr-Huck

Magistrate Judge John O'Sullivan

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| GARRY SOUFFRANT, ET AL. | ) |
| | ) |
| Defendants. | ) |
| | ) |

**GOVERNMENT'S SECOND RESPONSE TO**

**THE STANDING DISCOVERY ORDER**

The United States hereby files this second response to the Standing Discovery Order.

A.   1.   On July 13, 2009, the government provided to all defense counsel a DVD containing scanned copies of all documents on the so-called FBI Bate Stamp Index, and on the so-called U.S. Discovery Index. The scanned documents on the FBI Index are the same as those on the DVD provided on June 5, 2009 to defense counsel for defendant Gamaliel Souffrant; no new documents have been added to the FBI Index.[1]

There were new discoverable documents added to this DVD that correspond with the U.S. Discovery Index. Those scanned documents now are Bates stamped US-0001 through US-41550.

Also on July 13, 2009, the government e-mailed to all defense counsel electronic versions of the FBI Index and the U.S. Discovery Index. The FBI Index remains the same, and is identical to the one e-mailed to defense

---

[1]The government does not intend to add new documents to the FBI Index. Any new, discoverable documents will only be added to the U.S. Discovery Index.

counsel for defendant Gamaliel Souffrant on July 5, 2009. The U.S. Discovery Index has increased in length; it is now composed of 899 separate entries on 84 pages, and runs from Bates stamp no. US-0001 through US-44211.

Respectfully submitted,

JEFFREY H. SLOMAN
ACTING UNITED STATES ATTORNEY

s/Michael P. Sullivan
Assistant United States Attorney
Florida Bar No. 134814
99 Northeast 4th Street
Miami, Florida 33132-2111
Tel: (305) 961-9273
Fax: (305) 536-4675

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 15th, 2009, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

/s/Michael P. Sullivan
Assistant United States Attorney