UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-20407-CR-HUCK

UNITED STATES OF AMERICA

vs.

GARRY SOUFFRANT, et. al,

       Defendants.
_____/

GOVERNMENT'S THIRD RESPONSE
TO THE STANDING DISCOVERY ORDER

The United States hereby files this third response to the Standing Discovery Order. This response also complies with Local Rule 88.10 and Federal Rule of Criminal Procedure 16, and is numbered to correspond with Local Rule 88.10.

    A.    2.    By letter dated August 20, 2009, the government provided to all defense counsel a transcript of a deposition of Defendant Garry Souffrant, dated 4/24/09, taken in a civil lawsuit brought against him by Eric Solensten.

    A.    5.    On August 18, 2009, the government provided to all defense counsel two DVDs containing scanned copies of documents with Bates stamped numbers US-41551 through US-58376. On August 20, 2009, the government emailed to all defense counsel an updated version of the U.S. Discovery Index, containing descriptions of these documents numbered US-41551 through US-58376.

The government is aware of its continuing duty to disclose such newly discovered additional information required by the Standing Discovery Order, Rule 16(c) of the Federal Rules of Criminal Procedure, Brady, Giglio, Napue, and the obligation to assure a fair trial.

    Respectfully submitted,

    JEFFREY H. SLOMAN
    ACTING UNITED STATES ATTORNEY

By:  s/ Michael P. Sullivan
    Michael P. Sullivan
    Florida Bar No.134814
    Senior Litigation Counsel
    99 N.E. 4th Street
    Miami, Florida  33132
    Tel: (305) 961-9274
    Fax: (305) 536-4675
    Pat.Sullivan@usdoj.gov

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 20, 2009, the undersigned electronically filed the foregoing document with the Clerk of the Court using CM/ECF

                                                  s/ Michael P. Sullivan
                                                     Michael P. Sullivan
                                                     Senior Litigation Counsel