\UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MINUTES - CRIMINAL JURY TRIAL

HONORABLE PAUL C. HUCK

CASE NO: **09-20407** -CR-HUCK

DAY #: **2**

DATE: **10-27-09**

COURTROOM DEPUTY:

REPORTER: Patricia Sanders

STYLE: United States of America
v. **Souffrant et al**

COUNSEL: **Sullivan, Kuvas**, AUSA
**Malone, Horowitz, Walker**, for Defendant

**10:00** a.m./p.m. - Jury Trial resumed.
_____ Voir dire begins.
_____ Jury impaneled & sworn.
_____ Opening statements to the jury.
_____ Jury trial held and continued to **10-28-09 @ 8:30 a.m.**
_____ Closing Arguments to the jury.
_____ Jury Instructions.
_____ Jury trial Continued to: _____.
_____ Jury returned verdict in favor of _____. See verdict form.
_____ Defendant discharged/acquitted
_____ Judgment of Not Guilty as to Counts _____
_____ Judgment of Guilty as to Counts _____
_____ Court trial continued to _____.
_____ Court trial concluded. Case taken under advisement. Briefing schedule as follows:
Plaintiff's due:
Defendant's due:
Reply due:

Comments:
**5:PM.**