\UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MINUTES - CRIMINAL JURY TRIAL

HONORABLE PAUL C. HUCK

CASE NO: **09-20407** -CR-HUCK

DAY #: **6**

DATE: **11-2-09**

COURTROOM DEPUTY: **Evelyn Williams**

REPORTER: Patricia Sanders

STYLE: United States of America
v. **Souffrant**

COUNSEL: **Karase, Sullivan, Metespy**, AUSA
**Kntizer, Malone, Walker, Horowitz**, for Defendant

**8:40** a.m./p.m. - Jury Trial resumed.
\_\_\_\_ Voir dire begins.
\_\_\_\_ Jury impaneled & sworn.
\_\_\_\_ Opening statements to the jury.
**✓** Jury trial held and continued to **11-3-09 @ 8:30a**
**✓** Closing Arguments to the jury.
\_\_\_\_ Jury Instructions.
\_\_\_\_ Jury trial Continued to: _____.
\_\_\_\_ Jury returned verdict in favor of _____ . See verdict form.
\_\_\_\_ Defendant discharged/acquitted
\_\_\_\_ Judgment of Not Guilty as to Counts _____
\_\_\_\_ Judgment of Guilty as to Counts _____
\_\_\_\_ Court trial continued to _____.
\_\_\_\_ Court trial concluded. Case taken under advisement. Briefing schedule as follows:
Plaintiff's due:
Defendant's due:
Reply due:

Comments: **4:30 concluded
1 hr lunch**