UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 09-CR-20407-PCH

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

GARY SOUFFRANT,
YVONNE SOUFFRANT, and
GAMALIEL SOUFFRANT
    Defendants.
_____/

JURY NOTE # 1

Can we have the IRS charts that show payments records? Property /FPL/ Cars. Agent Keys.

DATE: 11/19/09

FOREPERSON

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 09-CR-20407 PCH

UNITED STATES OF AMERICA,
    Plaintiff,

V.

GARY SOUFFRANT,
YVONNE SOUFFRANT,
GAMALIEL SOUFFRANT
    Defendants.
_____/

## RESPONSE TO JURY NOTE # 1

DATE:    11-19-2009

    The Court believes that all these items are contained in the exhibits provided to you and listed on the exhibit list which has been provided to you. The Court will provide you with three extra exhibit lists to assist you to quickly find the items requested.

SIGNED BY: _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 09-CR-20407-PCH

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

GARY SOUFFRANT,
YVONNE SOUFFRANT, and
GAMALIEL SOUFFRANT
    Defendants.
_____/

<u>JURY NOTE #</u> 2

On Count 2~~1~~, the address ~~of~~ ~~[scribbled out]~~ is 6032 SW 112 Ave, Davie, FL. Is this Address correct?

DATE: 11/20/09

FOREPERSON

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 09-CR-20407 PCH

UNITED STATES OF AMERICA,
    Plaintiff,

V.

GARY SOUFFRANT,
YVONNE SOUFFRANT,
GAMALIEL SOUFFRANT
    Defendants.
_____/

## RESPONSE TO JURY NOTE # 2

DATE: 11-20-2009

The Court would like to know if it would be convenient to you to postpone giving the answer to your question until Monday so that the parties can do further research? Please let us know as soon as possible.

SIGNED BY: _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 09-CR-20407-PCH

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

GARY SOUFFRANT,
YVONNE SOUFFRANT, and
GAMALIEL SOUFFRANT
    Defendants.
_____/

JURY NOTE # 2

We the jury, Accept the postponement.

So we All say.

DATE: 11/20/09

FOREPERSON

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER:09-CR-20407 PCH

UNITED STATES OF AMERICA,
    Plaintiff,

V.

GARY SOUFFRANT,
YVONNE SOUFFRANT,
GAMALIEL SOUFFRANT
    Defendants.
_____/

## RESPONSE TO JURY NOTE # 2

DATE:    11-23-2009

Thank you for your close attention to the details and close reading of the indictment. You are correct that there is a typographical error in the address in count 21. The parties have re-reviewed the indictment and found 2 additional clerical errors.

Count 21 (page 30): The correct address should read as 6032 S.W. 38th Street, Miramar, Florida, rather than 6032 S.W. 112 Avenue, Davie, Florida.

Count 37 (page 45) : The correct address should read as 3801 Collins Avenue, Unit 2005, Miami Beach, Florida, rather than 3201Collins Avenue, Unit 2005, Miami Beach, Florida.

Count 52 (page 61): The correct date should read in the indictment as : January 8, 2008.

Please make the corrections on your copies of the indictment.
You are to consider these counts as corrected as indicated above.

SIGNED BY: [signature]

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 09-CR-20407-PCH

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

GARY SOUFFRANT,
YVONNE SOUFFRANT, and
GAMALIEL SOUFFRANT
    Defendants.
_____/

<u>JURY NOTE #</u>

We have reached a Verdict on all Three defendants.

DATE: 11/23/09

FOREPERSON